BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**SEALED**

**FILED**
MAR 13 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:13-SW-139 AC

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | SEALING ORDER |
| v. | |
| 2755 Verstl Way, Stockton, CA 95206 | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Dated: 3/13/13

_____
ALLISON CLAIRE
United States Magistrate Judge